| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) MEANS, TERRY R. | 2. Court or Organization UNITED STATES DISTRICT COURT | 3. Date of Report 8/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

502 ELDON B. MAHON U.S. COURTHOUSE
501 WEST 10TH STREET
FORT WORTH, TEXAS 76102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sucessor Trustee | Testamentary trust |
| 2. | Attorney-in-fact under power of attorney | ▓▓▓▓▓▓▓▓▓ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Means & Means, PC, d/b/a █████, attorney at law |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corsicana National Bank, Corsicana, Texas (account) | A | Interest | J | T | | | | | |
| 2. First Fin. Bank, Weatherford, Texas (accounts) | A | Interest | N | T | | | | | |
| 3. Frost National Bank, Fort Worth, Texas (accounts) | A | Interest | N | T | | | | | |
| 4. 1/2 interest in apt bldg (1985)($250,000) Corsicana, TX | A | Rent | L | R | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. ---Prime Fund--Capital Res. class (money market) | A | Interest | J | T | | | | | |
| 7. ---Exxon Mobile Comm. Stk. | A | Dividend | K | T | | | | | |
| 8. ---Williams Cos Comm. Stk. | A | Dividend | K | T | | | | | |
| 9. --WPX Energy Comm. Stk. | A | Dividend | J | T | | | | | |
| 10. ING Employer's 401(k) Plan (H) | | | | | | | | | |
| 11. ---ING Int'l SmCp Multi-Mgr-A | A | Interest | J | T | | | | | |
| 12. Community Nat'l Bank & Trust common stock | B | Dividend | K | T | | | | | |
| 13. Testamentary trust of ▨▨▨ (H) | | | | | | | | | |
| 14. ---Min'l rights, parcel 1, Lea Co., NM (1992 appr.) | B | Royalty | J | Q | | | | | |
| 15. ---Min'l rights, parcel 2, Lea Co., NM (1992 appr.) | | None | J | Q | | | | | |
| 16. Northwestern Mutual "Whole Life" | B | Dividend | L | T | | | | | |
| 17. Northwestern Mutual "Paid Up Life" | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual "Adjustable CompLife" (X) | B | Dividend | K | T | | | | | |
| 19. Penn Mutual "Whole Life" (#18) | A | Dividend | K | T | | | | | |
| 20. Royalty, Anderson Co., TX: 2 parcels (H) | | | | | | | | | |
| 21. ---Parcel 1 (#20) | | None | J | W | | | | | |
| 22. ---Parcel 2 (#21) | | None | J | W | | | | | |
| 23. Royalty, Andrews Co., TX: Flamson, Ring Energy ($4675) (#22) | A | Royalty | J | S | | | | | |
| 24. Royalty, Crockett Co. TX: 17 parcels (H) | | | | | | | | | |
| 25. ---Parcel 1 (#24) | | None | J | W | | | | | |
| 26. ---Parcel 2 (#25) | | None | J | W | | | | | |
| 27. ---Parcel 3 (#26) | | None | J | W | | | | | |
| 28. ---Parcel 4 (#27) | | None | J | W | | | | | |
| 29. ---Parcel 5 (#28) | | None | J | W | | | | | |
| 30. ---Parcel 6 (#29) | | None | J | W | | | | | |
| 31. ---Parcel 7 (#30) | | None | J | W | | | | | |
| 32. ---Parcel 8 (#31) | | None | J | W | | | | | |
| 33. ---Parcel 9 (#32) | | None | J | W | | | | | |
| 34. ---Parcel 10 (#33) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ---Parcel 11 (#34) | | None | J | W | | | | | |
| 36. ---Parcel 12 (#35) | | None | J | W | | | | | |
| 37. ---Parcel 13 (#36) | | None | J | W | | | | | |
| 38. ---Parcel 14 (#37) | | None | J | W | | | | | |
| 39. ---Parcel 15 (#38) | | None | J | W | | | | | |
| 40. ---Parcel 16 (#39) | | None | J | W | | | | | |
| 41. ---Parcel 17 (#40) | | None | J | W | | | | | |
| 42. Royalty, Dawson Co., TX: 2 parcels (H) | | | | | | | | | |
| 43. ---Parcel 1 ($2950) (#42) | A | Royalty | J | S | | | | | |
| 44. ---Parcel 2 ($2740) (#43) | A | Royalty | J | S | | | | | |
| 45. Royalty, Ector Co., TX: 4 parcels (H) | | | | | | | | | |
| 46. ---Parcel 1 (#45) | | None | J | W | | | | | |
| 47. ---Parcel 2 (#46) | | None | J | W | | | | | |
| 48. ---Parcel 3 (#47) | | None | J | W | | | | | |
| 49. ---Parcel 4 (#48) | | None | J | W | | | | | |
| 50. Surf/Min, Freestone Co.,TX: M. Hunt Survey ($43,242) (#49) | | None | K | S | | | | | |
| 51. Royalty, Freestone Co.: 2 parcels (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Parcel 1 (#51) | | None | J | W | | | | | |
| 53. ---Parcel 2 ($1140) (#52) | A | Royalty | J | S | | | | | |
| 54. Royalty, Gaines Co., TX: Terrell, Noble Energy (#53) | | None | J | W | | | | | |
| 55. Royalty, Gregg Co., TX: 27 parcels (H) | | | | | | | | | |
| 56. ---Parcel 1 (#55) | | None | J | W | | | | | |
| 57. ---Parcel 2 (#56) | | None | J | W | | | | | |
| 58. ---Parcel 3 (#57) | | None | J | W | | | | | |
| 59. ---Parcel 4 (#58) | | None | J | W | | | | | |
| 60. ---Parcel 5 (#59) | | None | J | W | | | | | |
| 61. ---Parcel 6 (#60) | | None | J | W | | | | | |
| 62. ---Parcel 7 (#61) | | None | J | W | | | | | |
| 63. ---Parcel 8 (#62) | | None | J | W | | | | | |
| 64. ---Parcel 9 (#63) | | None | J | W | | | | | |
| 65. ---Parcel 10 (#64) | | None | J | W | | | | | |
| 66. ---Parcel 11 (#65) | | None | J | W | | | | | |
| 67. ---Parcel 12 (#66) | | None | J | W | | | | | |
| 68. ---Parcel 13 (#67) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---Parcel 14 (#68) | | None | J | W | | | | | |
| 70. ---Parcel 15 (#69) | | None | J | W | | | | | |
| 71. ---Parcel 16 (#70) | | None | J | W | | | | | |
| 72. ---Parcel 17 (#71) | | None | J | W | | | | | |
| 73. ---Parcel 18 (#72) | | None | J | W | | | | | |
| 74. ---Parcel 19 (#73) | | None | J | W | | | | | |
| 75. ---Parcel 20 (#74) | | None | J | W | | | | | |
| 76. ---Parcel 21 (#75) | | None | J | W | | | | | |
| 77. ---Parcel 22 (#76) | | None | J | W | | | | | |
| 78. ---Parcel 23 (#77) | | None | J | W | | | | | |
| 79. ---Parcel 24 (#78) | | None | J | W | | | | | |
| 80. ---Parcel 25 (#79) | | None | J | W | | | | | |
| 81. ---Parcel 26 (#80) | | None | J | W | | | | | |
| 82. ---Parcel 27 (#81) | | None | J | W | | | | | |
| 83. Royalty, Harrison Co., TX: 6 parcels (H) | | | | | | | | | |
| 84. ---Parcel 1 (#83) | | None | J | W | | | | | |
| 85. ---Parcel 2 (#84) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---Parcel 3 (#85) | | None | J | W | | | | | |
| 87. ---Parcel 4 (#86) | | None | J | W | | | | | |
| 88. ---Parcel 5 (#87) | | None | J | W | | | | | |
| 89. ---Parcel 6 (#88) | | None | J | W | | | | | |
| 90. Royalty, Haskell Co., TX: 1 parcel | | None | J | W | | | | | |
| 91. Royalty, Howard Co., TX: 4 parcels (H) | | | | | | | | | |
| 92. ---Parcel 1 (#91) | | None | J | W | | | | | |
| 93. ---Parcel 2 (#92) | | None | J | W | | | | | |
| 94. ---Parcel 3 ($4080) (#93) | A | Royalty | J | S | | | | | |
| 95. ---Parcel 4 ($6170) (X) | C | Royalty | J | S | | | | | |
| 96. Royalty, Martin Co., TX: 3 parcels (H) | | | | | | | | | |
| 97. ---Parcel 1 ($4080) (#95) | A | Royalty | J | S | | | | | |
| 98. ---Parcel 2 ($2740) (#96) | A | Royalty | J | S | | | | | |
| 99. ---Parcel 3 ($2950) (#97) | A | Royalty | J | S | | | | | |
| 100. Royalty, Midland Co., TX: Parcel 1 ($9110) (#98) | C | Royalty | J | S | | | | | |
| 101. Surf/Min., Navarro Co., TX: 1 parcel, 8 tracts | C | Rent | | | Sold | 08/01/17 | O | A | Robert Means |
| 102. Royalty, Navarro Co., TX: Parcel 1 ($2279) (#100) | A | Royalty | J | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Royalty, Nolan Co., TX: 3 parcels (H) | | | | | | | | | |
| 104. ---Parcel 1 (#102) | | None | J | W | | | | | |
| 105. ---Parcel 2 (#103) | | None | J | W | | | | | |
| 106. ---Parcel 3 (#104) | | None | J | W | | | | | |
| 107. Royalty, Pecos Co., TX: 14 parcels (H) | | | | | | | | | |
| 108. ---Parcel 1 (#106) | | None | J | W | | | | | |
| 109. ---Parcel 2 (#107) | | None | J | W | | | | | |
| 110. ---Parcel 3 ($1450) (#108) | A | Royalty | J | S | | | | | |
| 111. ---Parcel 4 (#109) | | None | J | W | | | | | |
| 112. ---Parcel 5 (#110) | | None | J | W | | | | | |
| 113. ---Parcel 6 (#111) | | None | J | W | | | | | |
| 114. ---Parcel 7 (#112) | | None | J | W | | | | | |
| 115. ---Parcel 8 (#113) | | None | J | W | | | | | |
| 116. ---Parcel 9 (#114) | | None | J | W | | | | | |
| 117. ---Parcel 10 (#115) | | None | J | W | | | | | |
| 118. ---Pardel 11 ( #116) | A | Royalty | J | W | | | | | |
| 119. ---Parcel 12 (#117) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  ---Parcel 13 (#118) | | None | J | W | | | | | |
| 121.  ---Parcel 14 (#119) | | None | J | W | | | | | |
| 122.  Royalty, Reagan Co., TX: 7 parcels (H) | | | | | | | | | |
| 123.  ---Parcel 1 (#121) | | None | J | W | | | | | |
| 124.  ---Parcel 2 (#122) | | None | J | W | | | | | |
| 125.  ---Parcel 3 (#123) | | None | J | W | | | | | |
| 126.  ---Parcel 4 (#124) | | None | J | W | | | | | |
| 127.  ---Parcel 5 ($6770) (X) | B | Royalty | J | S | | | | | |
| 128.  ---Parcel 6 ($9780) (X) | B | Royalty | J | S | | | | | |
| 129.  ---Parcel 7 (X) | | None | J | W | | | | | |
| 130.  Royalty, Reeves Co., TX: Parcel 1 ($2380) (#125) | A | Royalty | J | S | | | | | |
| 131.  Royalty, Rusk Co., TX: 15 parcels (H) | | | | | | | | | |
| 132.  ---Parcel 1 (#127) | | None | J | W | | | | | |
| 133.  ---Parcel 2 (#128) | | None | J | W | | | | | |
| 134.  ---Parcel 3 (#129) | | None | J | W | | | | | |
| 135.  ---Parcel 4 (#130) | | None | J | W | | | | | |
| 136.  ---Parcel 5 (#131) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ---Parcel 6 (#132) | | None | J | W | | | | | |
| 138. ---Parcel 7 (#133) | | None | J | W | | | | | |
| 139. ---Parcel 8 (#134) | | None | J | W | | | | | |
| 140. ---Parcel 9 (#135) | | None | J | W | | | | | |
| 141. ---Parcel 10 (#136) | | None | J | W | | | | | |
| 142. ---Parcel 11 (#137) | | None | J | W | | | | | |
| 143. ---Parcel 12 (#138) | | None | J | W | | | | | |
| 144. ---Parcel 13 (#139) | | None | J | W | | | | | |
| 145. ---Parcel 14 (#140) | | None | J | W | | | | | |
| 146. ---Parcel 15 (#141) | | None | J | W | | | | | |
| 147. Royalty, Stonewall Co., TX: 2 parcels (H) | | | | | | | | | |
| 148. ---Parcel 1 (#143) | | None | J | W | | | | | |
| 149. ---Parcel 2 (#144) | | None | J | W | | | | | |
| 150. Royalty, Upton Co., TX: 17 parcels (H) | | | | | | | | | |
| 151. ---Parcel 1 (#146) | | None | J | W | | | | | |
| 152. ---Parcel 2 (#147) | | None | J | W | | | | | |
| 153. ---Parcel 3 (#148) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ---Parcel 4 (#149) | | None | J | W | | | | | |
| 155. ---Parcel 5 (#150) | | None | J | W | | | | | |
| 156. ---Parcel 6 (#151) | | None | J | W | | | | | |
| 157. ---Parcel 7 (#152) | | None | J | W | | | | | |
| 158. ---Parcel 8 (#153) | | None | J | W | | | | | |
| 159. ---Parcel 9 (#154) | | None | J | W | | | | | |
| 160. ---Parcel 10 (#155) | | None | J | W | | | | | |
| 161. ---Parcel 11 ($1090) (#156) | A | Royalty | J | S | | | | | |
| 162. ---Parcel 12 (#157) | | None | J | W | | | | | |
| 163. ---Parcel 13 (#158) | | None | J | W | | | | | |
| 164. ---Parcel 14 (#159) | | None | J | W | | | | | |
| 165. ---Parcel 15 ($4007) (X) | A | Royalty | J | S | | | | | |
| 166. ---Parcel 16 ($4585) (X) | A | Royalty | J | S | | | | | |
| 167. ---Parcel 17 ($3911) (X) | | Royalty | J | S | | | | | |
| 168. Royalty, Ward C., TX: 4 parcels | | | | | | | | | |
| 169. ---Parcel 1 (#161) | | None | J | W | | | | | |
| 170. ---Parcel 2 (#162) | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ---Parcel 3 ($2520) (#163) | A | Royalty | J | S | | | | | |
| 172. ---Parcel 4 (#164) | | None | J | W | | | | | |
| 173. Royalty, Wood Co., TX: 9 parcels | | | | | | | | | |
| 174. ---Parcel 1 ($3070) (#166) | A | Royalty | J | S | | | | | |
| 175. ---Parcel 2 ($9110) (#167) | B | Royalty | J | S | | | | | |
| 176. ---Parcel 3 ($5060) (#168) | B | Royalty | J | S | | | | | |
| 177. ---Parcel 4 ($2030) (#169) | A | Royalty | J | S | | | | | |
| 178. ---Parcel 5 ($6080) (#170) | B | Royalty | J | S | | | | | |
| 179. ---Parcel 6 (#171) | | None | J | W | | | | | |
| 180. ---Parcel 7 (#172) | | None | J | W | | | | | |
| 181. ---Parcel 8 (#173) | | None | J | W | | | | | |
| 182. ---Parcel 9 (X) | | None | J | W | | | | | |
| 183. Royalty, Zapata Co., TX: 10 parcels | | | | | | | | | |
| 184. ---Parcel 1 ($3230) (#175) | A | Royalty | J | S | | | | | |
| 185. ---Parcel 2 ($2660) (#176) | A | Royalty | J | S | | | | | |
| 186. ---Parcel 3 (#177) | | None | J | W | | | | | |
| 187. ---Parcel 4 (#178) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ---Parcel 5 ($7060) (#179) | B | Royalty | J | S | | | | | |
| 189. ---Parcel 6 ($2470) (#180) | A | Royalty | J | S | | | | | |
| 190. ---Parcel 7 (#181) | | Royalty | J | W | | | | | |
| 191. ---Parcel 8 (#182) | | None | J | W | | | | | |
| 192. ---Parcel 9 (#183) | | None | J | W | | | | | |
| 193. ---Parcel 10 (#184) | | None | J | W | | | | | |
| 194. Clear Fork Royalty 3, LP, Tarrant County, TX (#185) | C | Distribution | K | U | | | | | |
| 195. Clear Fork Royalty 3, LP , Tarrant County, TX (#186) | B | Distribution | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 21 - 195 of Part VII: To assist the report examiner, most lines have, under column A, a number sign and a number in parentheses (e.g. (#85)) that indicates on what line this asset is listed in the 2016 report.

Lines 20 - 193 of Part VII: Some lines show a "W" in the value method column. This is because, while there are appraisal-authority assessments of less than $1000 for most of these interests, ▮▮▮▮▮ would take no less than $1000 each for them.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TERRY R. MEANS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544